**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT of CALIFORNIA**
**WESTERN DIVISION (LOS ANGELES)**

CIVIL ACTION NO._____

FILED
CLERK, U.S. DISTRICT COURT

8/16/24

CENTRAL DISTRICT OF CALIFORNIA
BY:_____MRV_____ DEPUTY

LACV24-7039 HDV(PDx)

BRANDON JOE WILLIAMS®,

*Plaintiff*,

v.

CITY OF GLENDALE AKA GLENDALE
WATER & POWER
*Defendant*.

---

## PLAINTIFF'S COMPLAINT FOR DAMAGES AND JURY DEMAND

COMES NOW, person BRANDON JOE WILLIAMS®, presented by man Brandon Joe Williams, and files this *Complaint* against Defendant CITY OF GLENDALE AKA GLENDALE WATER & POWER ("GLENDALE"), , and alleges, upon information and belief, the following:

**Important Note 1:** Plaintiff will continue to send in extraneous and irrelevant negotiable instruments called Federal Reserve Notes, digitally or cash in person, to perform on this account while we work out this justiciable controversy in this most honorable court.

**Important Note 2:** Absolutely any attempt to degrade the Uniform Commercial Code by equating it or the technology of negotiable instruments to any "vapor money theory," "redemption scheme," or any other nonsense will be reported to the Supreme Court of the State, the Supreme Court of the United States as well as to the BAR. Anyone attempting to degrade our law will not be tolerated.

**Important Note 3:** Neither BRANDON JOE WILLIAMS® nor Brandon Joe Williams are attorneys-at-law. Previously, there was a salutation of "Esq." used in a letter back to Brandon Joe Williams. It violates the 13th Amendment for either BRANDON JOE WILLIAMS® or Brandon Joe Williams to use titles of nobility and it is hereby requested that no titles of nobility be used for either party.

## I.    JURISDICTION AND VENUE

1. This Court has jurisdiction over this action and all counts under 28 U.S.C. § 1331.

2. Venue in this district is proper under 28 U.S.C. § 1391 because the events giving rise to this claim originated in this district.

3. Through the power of naturalization, found in 8 USC 1101(a)(23), Brandon Joe Williams confers the nationality of the State called "STATE OF CALIFORNIA" on BRANDON JOE WILLIAMS®, after birth, by any means whatsoever. This action is specifically for this suit. This satisfies the jurisdictional requirements of the court.

## II.    PARTIES

4. Plaintiff is naturalized into Los Angeles County, California, for the purposes of this suit. Which is located in this district.

5. Defendant CITY OF GLENDALE is an incorporated entity located in Los Angeles County in the STATE of CALIFORNIA. The GLENDALE WATER & POWER is a public utility located within the incorporated CITY OF GLENDALE. The address for service of process for GLENDALE WATER & POWER is 141 N. Glendale Ave., Glendale, California 91206.

## III.    GENERAL FACTUAL ALLEGATIONS

6. UCC 3-104 defines a negotiable instrument as:

"means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it:

(1) is payable to bearer or to order at the time it is issued or first comes into possession of a holder;

(2) is payable on demand or at a definite time; and

(3) does not state any other undertaking or instruction by the person promising or ordering payment to do any act in addition to the payment of money, but the promise or order may contain (i) an undertaking or power to give, maintain, or protect collateral to secure payment, (ii) an authorization or power to the holder to confess judgment or realize on or dispose of collateral, or (iii) a waiver of the benefit of any law intended for the advantage or protection of an obligor."

7. UCC 3-204 defines what an "indorsement" is:

"(a) "Indorsement" means a signature, other than that of a signer as maker, drawer, or acceptor, that alone or accompanied by other words is made on an instrument for the purpose of (i) negotiating the instrument, (ii) restricting payment of the instrument, or (iii) incurring indorser's liability on the instrument, but regardless of the intent of the signer, a signature and its accompanying words is an indorsement unless the accompanying words, terms of the instrument, place of the signature, or other circumstances unambiguously indicate that the signature was made for a purpose other than indorsement. For the purpose of determining whether a signature is made on an instrument, a paper affixed to the instrument is a part of the instrument."

8. UCC 3-603 states: "(b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is

discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates."

9. UCC 3-114 states: "If an instrument contains contradictory terms, typewritten terms prevail over printed terms, handwritten terms prevail over both, and words prevail over numbers."

10. Unconditional promises and orders to pay are, by definition, "currency," not money. Which is clarified in UCC 3-102: "(a) This Article applies to negotiable instruments. It does not apply to money"

**Count One: Breach of Contract**

11. The "municipal bill" in *Exhibit A* is an unconditional order to pay in accordance with UCC 3-104.

12. The attached series of novation/orders/instruments were unconditionally tendered as payment to the person entitled to enforce the instrument (CITY OF GLENDALE) - *See Exhibit A* (IMPORTANT NOTE: SOME INFORMATION HAS BEEN REDACTED ON THE ATTACHMENTS IN BLACK. THE BLUE INK AND RED STAMPS ARE "HANDWRITTEN TERMS." POWER OF ATTORNEY HAS SINCE BEEN UPDATED TO A NEW VERSION AVAILABLE ON DEMAND).

13. Defendant accepted above qualified/special indorsed negotiable instrument by delivery and became the subsequent holder.

14. Defendant failed to perform and failed to dishonor the instrument in accordance with UCC 3-502.

15. This is a breach of contract and violates both UCC 3-502 and UCC 3-603. The damage on this is unjustifiable and illegal failure to perform.

**Count Two: Breach of Fiduciary Duties**

16. UCC 3-307 states:

"(1) "Fiduciary" means an agent, trustee, partner, corporate officer or director, or other representative owing a fiduciary duty with respect to an instrument.

(2) "Represented person" means the principal, beneficiary, partnership, corporation, or other person to whom the duty stated in paragraph (1) is owed.

(b) If (i) an instrument is taken from a fiduciary for payment or collection or for value, (ii) the taker has knowledge of the fiduciary status of the fiduciary, and (iii) the represented person makes a claim to the instrument or its proceeds on the basis that the transaction of the fiduciary is a breach of fiduciary duty, the following rules apply:"

17. The person entitled to enforce the instrument failed to perform, dishonor or attempt to clarify the tender or processing of the instrument, despite clear communication and orders to do so.

18. The damages on this is that this gross default on the part of the defendant has made it impossible for the plaintiff to perform on the instrument. This damaged the plaintiff by causing confusion and anxiety over performance due to illegal failure to perform.

**Requested Relief:**

19. A full refund of all Federal Reserve Notes tendered on this account, since this account's inception.

20. $2,500 in negotiable instruments called Federal Reserve Notes to cover the plaintiff's time and legal costs for having to file this lawsuit.

21. A Limited Power of Attorney signed on behalf of BRANDON JOE

WILLIAMS®/Brandon Joe Williams and CITY OF GLENDALE, permitting CITY OF

GLENDALE to indorse all past, present and future unconditional promises and orders to

pay using the following qualified/special indorsement:

WITHOUT RECOURSE
Pay to the Order of:
BRANDON JOE WILLIAMS
By: (signature of CITY OF GLENDALE agent assigned)
-------------------------
(Name of CITY OF GLENDALE agent assigned), agent

22. The plaintiff is open to making the instrument payable to bearer in order to allow CITY

OF GLENDALE to have ease of negotiation but only on the condition of it also being

indorsed "without recourse".

Dated: August 12th, 2024                    RESPECTFULLY SUBMITTED,

                                            BRANDON JOE WILLIAMS®

                                            BY: /s/ *Brandon Joe Williams*
                                            Brandon Joe Williams, PRO SE
                                            P.O. Box 1962
                                            Glendale, California 91209
                                            Brandon@williamsandwilliamslawfirm.com

                                            (213) 309-7138

## CERTIFICATE OF SERVICE

I hereby certify that on August 12th, 2024, a copy of the foregoing was filed
with the Clerk of this Court as is required by Pro Se litigants via USPS. The

mailing address is as follows:  United States District Court – Central District of California, c/o Court Clerk, 350 West 1st Street, Suite 4311, Los Angeles, California 90012-4565.  It will also be mailed through USPS certified mail with a signature required pursuant to all summons issued by the Clerk.





**CITY OF GLENDALE, CALIFORNIA**
Office of the City Attorney

613 E. Broadway, Suite 220
Glendale, California 91206-4394
(818) 548-2080  Fax (818) 547-3402
www.glendaleca.gov

February 8, 2024

Brandon Joe Williams, Esq.
P.O. Box 1962
Glendale, CA 91209

**Re:    Return of Original Documents**

Dear Mr. Williams:

Enclosed please find the original documents received on January 24, 2024.  Your documents are being returned because they do not constitute a Claim for Damage as they do not establish your alleged damaged or how the City of Glendale is legally liable.

Very truly yours,

*MICHAEL J. GARCIA, CITY ATTORNEY*

By: _____
        ANN M. MAURER
        Chief Assistant City Attorney

AMM/kmn

Encl.



# Novation and Tender of Payment

January 23th, 2024

From:
Brandon Joe Williams, attorney-in-fact
On behalf of BRANDON JOE WILLIAMS®
PO Box 1962
Glendale, CA 91209
(747) 273-0799
Brandon@williamsandwilliamslawfirm.com
www.williamsandwilliamslawfirm.com

To:
City Of Glendale
ATTN: Legal Dept
613 E. Broadway,
Glendale, CA 91206
Registered Mail # RF 756 682 057 US

# Section 1: Definitions

## Payment:

The fulfillment of a promise, or the performance of an agreement. -Black's Law 4th Edition

## Tender:

1. The offer of performance, not performance itself, and, when unjustifiably refused, places other party in default and permits party making tender to exercise remedies for breach of contract. -Black's Law 4th Edition

2. An offer of money; the act by which one produces and offers to a person holding a claim or demand against him the amount of money which he considers and admits to be due, in satisfaction of such claim or demand, without any stipulation or condition. -Black's Law 4th Edition

## Check:

The Federal Reserve Board defines a check as "a draft or order upon a bank or banking house purporting to be drawn upon a deposit of funds for the payment at all events of a certain sum of money to a certain person therein named or to him or his order or to bearer and payable instantly on demand." It must contain the phrase "pay to the order of." - Black's Law 5th Edition

## US dollars:

United States coins and currency (including Federal reserve notes and circulating notes of Federal reserve banks and national banks) are legal tender for all debts, public charges, taxes, and dues. Foreign gold or silver coins are not legal tender for debts. - 31 USC 5103

## Novation:

The substitution of a new debt or obligation for an existing one. -Black's Law 4th Edition

## Consideration:

1. Consideration is not to be confounded with motive. Consideration means something which is of value in the eye of the law, moving from the plaintiff, either of benefit to the plaintiff or of detriment to the defendant. -Black's Law 4th Edition

2. Nothing is consideration that is not regarded as such by both parties. Schlecht v. Schlecht, 168 Minn. 168, 209 N.W. 883, 887

## UCC 3-103 definitions of "order" and "promise" (a "bill of exchange" is an unconditional order to pay and a "promissory note" is an unconditional promise to pay):

(8) "Order" means a written instruction to pay money signed by the person giving the instruction. The instruction may be addressed to any person, including the person giving the instruction, or to one or more persons jointly or in the alternative but not in succession. An authorization to pay is not an order unless the person authorized to pay is also instructed to pay.

(12) "Promise" means a written undertaking to pay money signed by the person undertaking to pay. An acknowledgment of an obligation by the obligor is not a promise unless the obligor also undertakes to pay the obligation.

# Section 2: Information and Explicit Orders

## (by legal definition, this is a check for US dollars)

RE: Current and future bills of exchange regarding new account #50019459-09 (enclosed is original bill of exchange dated 12/27/2023)

Enclosed is the first bill of exchange under name BRANDON JOE WILLIAMS®. These bills of exchange that I am being sent are all valuable negotiable instruments as per UCC 3-104. They are also collateral securities pursuant to 12 USC 412.

On a previous account that I have since closed, I have been failing to perform. I have been failing to write proper indorsements on the bills of exchange and properly perform. I have been sending in extraneous Federal Reserve Notes and failing in my duties as a representative of BRANDON JOE WILLIAMS®

I have attached a Limited Power of Attorney that outlines my relationship with BRANDON JOE WILLIAMS®.

I wish someone at Glendale Water and Power would have told me how to perform on the bill of exchange for the principal.

In pursuance of UCC 1-304, it is clear that we all need to operate in good faith: "Every contract or duty within the Uniform Commercial Code imposes an obligation of good faith in its performance and enforcement."

UCC 2-103 defines "good faith" as: "means honesty in fact and the observance of reasonable commercial standards of fair dealing in the trade."

*****

As you will see on the enclosed bill of exchange, there is a new special indorsement. The new special indorsement for all past, present and future securities is now the following:

WITHOUT RECOURSE
Pay to the Order of:
BRANDON JOE WILLIAMS
By: /s/ Williams, Brandon-Joe, agent
----------
Brandon Joe Williams, agent

Now that my account is brand new, I want to ensure that I properly perform and I also want to make the transition from incorrect performance to correct performance as easy as possible for you.

I have already made a payment on this account using extraneous and entirely irrelevant Federal Reserve Notes (promissory notes). I did this in order to keep the account current and not fall out of honor during this transition phase. Please just apply this bill of exchange payment as an overpayment for now.

What I would also like to clarify is that all interest generated on these negotiable instruments for this account are all now payable to you guys in an effort to establish equal consideration on this account in order to continue an equitable contract. I have enclosed the coupon with the bill of exchange (still attached). If you would like me to do a blank indorsement on the coupon and make it payable to bearer, please let me know and I'll be more than happy to do so.

I would also like someone to please call me or write to me at the above contact information. I would like to set up a Limited Power of Attorney so that you guys can actually do the special indorsement on my behalf so I don't have to do this each month.

These orders, being a check by legal definition, constitute tender of payment as per UCC 3-603 and a failure to accept this payment will cause a breach of contract and breach of fiduciary duties.

Absolutely any communication that states that this is not a "check," not a "payment," this will "not be accepted," or any other entirely ridiculous and illogical response will be retained as "evidence of dishonor" as per UCC 3-505 and will be used in any litigation efforts. Please respond in a coherent and at least somewhat linear fashion, in accordance with UCC Article 3.

Please process this bill of exchange payment and also contact me to set up a Power of Attorney within 15 days of receipt.

Thank you very much. You may call me, text me, email me or mail to me at the contact information at the top of this check. If there is absolutely any confusion or difficulty with processing these orders (check), please do not hesitate to call me, text me or contact me in absolutely any way. Also, please be sure to contact me to set up the new Power of Attorney.

Yours truly,

/s/ Brandon Joe Williams, agent

Brandon Joe Williams, attorney-in-fact
On behalf of principal: BRANDON JOE WILLIAMS®



**glendale**
california

City of Glendale *Water & Power*
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
www.GlendaleWaterAndPower.com

| MUNICIPAL BILL | |
| --- | --- |
| NAME: | BRANDON JOE WILLIAMS |
| SERVICE ADDRESS: | |
| ACCOUNT NUMBER: | |
| BILL DATE: | 12/27/2023 |
| BILL PERIOD: | 10/26/2023 to 12/22/2023 |
| DUE DATE: | Payable on demand |

GWP1227A   2683 2 AV 0.498
7000010729 00.0017.0052 2683/1


BRANDON JOE WILLIAMS
GLENDALE CA

**FIRST BILL**

GWP1227A 2683 2 AV 0.498 7000010729 00.0017.0052 2683/1(1/4)

## ACCOUNT SUMMARY

**PAYMENT SUMMARY**

| | |
| --- | --- |
| PREVIOUS BALANCE | 0.00 |
| PAYMENT | 0.00 |
| **BALANCE FORWARD** | **$0.00** |

**CURRENT CHARGES**

| | | |
| --- | --- | --- |
| Electric Total | | 122.98 |
| Service By Other City Departments Total | | 9.58 |
| Taxes Total | | 8.74 |
| | SUBTOTAL | **$141.30** |
| Misc. Account Charges Total | | 215.00 |
| **TOTAL CURRENT CHARGES DUE BY 1/16/2024** | | 356.30 |
| **TOTAL BALANCE DUE** | | **$ 356.30** |

**WITHOUT RECOURSE**
Pay to the Order of:
**BRANDON JOE WILLIAMS**
By: _____
Williams, Brandon Joe, agent

**PAYMENT OPTIONS**
Payments may be made in person, placed in the payment drop boxes at our facility, automatically withdrawn from your bank account or you can pay by cash at any 7-Eleven Store. GWP accepts DISCOVER, MasterCard and VISA by phone (855) 798-1539 and via our website at www.GlendaleWaterAndPower.com.

  

Page 1 of 4

---


RETURN THIS PORTION WITH YOUR PAYMENT

PAY BY:
Internet   www.GlendaleWaterAndPower.com
Phone      (855) 798-1539
Walk-in    141 North Glendale Avenue, Level 2
           Monday thru Thursday   8:30 AM to 5:00 PM
           Fridays                8:30 AM to 4:30 PM

Payable on demand

DUE DATE: three hundred
TOTAL DUE: fifty-six 30/100          $356.30
PAYMENT AMOUNT: $

**Please Write Your Account Number On Your Check.
Do Not Attach Or Staple Anything To Your Stub.**

BILL DATE:           12/27/2023
ACCOUNT NUMBER:
METER NUMBER:
CUSTOMER:            BRANDON JOE WILLIAMS
SERVICE ADDRESS:

PLEASE MAKE YOUR CHECK PAYABLE TO:



CITY OF GLENDALE
P.O. BOX 29099
GLENDALE CA 91209-9099

150019459096000000356308

## TERM DEFINITIONS

**Customer Charge (Electric):** Costs of metering support, customer service and maintaining customers' accounts, applied on a per-meter basis

**Energy Charge:** Charge for energy consumption, applied on a kilowatt-hour basis

**Energy Cost Adjustment Charge:** Charge or credit to adjust for the variation from projected costs of fuel and purchased power, applied to kilowatt-hour

**Regulatory Adjustment Charge:** Charge or credit to adjust for the variance from projected regulatory compliance costs, applied to kilowatt-hour

**Revenue Decoupling Charge:** Charge or credit to adjust for the difference between actual and projected sales volumes, applied to kilowatt-hour

**Public Benefit Charge:** Charge to fund state-mandated program benefiting the Glendale community. Charge is based upon electrical total

**Demand Charge:** Charge based upon a customer's highest peak demand in kilowatts over a twelve-month period

**Reactive Power Charge:** Charge applied per kVar per day, to cover the impact of reactive power on the electrical system

**kWh:** Unit of measure, Kilowatt-Hour or 1,000 Watt-Hours

**kVar:** Unit of measure, Kilovolt-amperes, reactive or 1,000 var-hours

**kW:** Unit of measure, Kilowatt or 1,000 Watts

**Multiplier:** Difference between meter reads multiplied by the number indicated to calculate actual consumption

**Customer Charge (Water):** Cost of metering support, customer service, and maintaining customer's account. Charge is applied on a per-meter or fire line basis, based on size of meter or fire line

**Water Variable Charge:** Charge for the water quantity used, and supports the cost of providing water service and a portion of fixed cost allocated to volumetric cost recovery

**Water Adjustment Charge:** Cost of energy to pump water and adjustments for purchased water

**Drought Charge:** In effect during the various phases of mandatory water conservation. Charges associated with the required revenue and costs to continue to operate and maintain the City's water system

**HCF:** Unit of measure, hundred (100) cubic feet, which equals 748 gallons

**City Utility User Tax:** City imposed tax based on total electric and water charges

**State Energy Surcharge:** Mandated charge by the State of California based upon electric usage

**Rubbish:** Both tenants and owners may be charged a flat monthly fee for rubbish removal (818) 548-3916

**Hazardous Waste:** Cost of collection, recycling, treatment and disposal of household and commercial hazardous waste products (818) 548-4030

**Industrial Waste:** Inspection and sampling fee in connection with industrial waste discharge to sewer (818) 548-4030

**Sewer:** Includes Glendale operational and Hyperion Sewer Treatment Plant costs (818) 548-3950

## RATES

For rate information, please visit http://www.glendaleca.gov/gwprates

## PAYING YOUR BILL

1. **By Mail** - Send payment to City of Glendale, PO Box 29099, Glendale, CA 91209-9099. **Do not staple anything to your bill**
2. **Online** - Internet at www.GlendaleWaterAndPower.com
3. **By Phone** - (855) 798-1539, Hearing Impaired TTY (818) 409-7062
4. **In Person** - 141 N. Glendale Ave., Level 2, Glendale, CA 91206-4497. Drop boxes are located at main entrance and at the end of driveway. For an additional fee of $1.49 you can also pay by cash at any 7-Eleven store.
5. **Automatic Debit from your bank** - Visit us at www.GlendaleWaterAndPower.com or call (855) 550-4497 for enrollment information.

## ACCOUNT RESPONSIBILITY

- Whenever a premise has been vacated without notifying Glendale Water & Power Customer Services to terminate the account, the account holder remains responsible for payment of any utility usage incurred until Customer Service is notified.
- The Department will not be liable for interruption or shortage or insufficiency of supply
- Whenever a premise has been vacated by a tenant and the account terminated, the owner or landlord shall be responsible for the payment of any utility usage incurred after the termination date. To avoid responsibility for these charges, please call (855) 550-4497
- When all your utility bills have been paid on time with no delinquencies for twelve (12) consecutive months, your deposit will be applied to your account.
- The account holder is subject to repair costs, penalties, and possible civil or criminal prosecution resulting from tampering or damage to City property.
- All water and electric meters are the property of the City of Glendale.

## PAST DUE / DELINQUENT BILLS

- The bill becomes past due 19 calendar days from the billing date.
- A late fee will be assessed on any unpaid balance 38 calendar days from the billing date
- Unable to pay on time? - Call (855) 550-4497 to discuss a payment extension.
- Approved payment extensions do not exempt past due balances from late fees
- Failure to honor payment extension terms in whole or in part will void agreement and result in termination of service without further notice
- Disconnection of service requires disconnection and reconnection fees and a deposit. If service is reconnected by someone other than a department representative, an illegal connection fee will apply.
- Delinquent bills may be assigned to a collection agency for collection. A fee will be assessed for late payment, returned check, disconnection, reconnections, field visit, or same day service.

## WHAT TO DO IF YOU DISAGREE WITH YOUR BILL

- If you believe your bill is incorrect, call us as soon as you receive the bill and we will provide you with a prompt explanation and/or investigation.
- If you still feel that the bill is incorrect, please submit a written statement containing all facts to:

  Customer Service
  Glendale Water & Power
  141 N. Glendale Avenue, Level 2
  Glendale, CA 91206-4494

  The utility bill must be paid in full while the dispute is being investigated.

## WATER OR ELECTRIC EMERGENCIES — AFTER HOURS

- Service Outages/Emergencies CALL: (818) 548-2011

WITHOUT RECOURSE
Pay to the Order of
BRANDON JOE WILLIAMS
By:
Williams, Brandon: the agent

---

**THIS PORTION OF YOUR BILL MUST BE RETURNED WITH YOUR PAYMENT**

# 7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS

**Customer Instructions**

(1) **LOCATION:** If you prefer to pay in cash, bring this *entire* bill to a participating 7-Eleven location. Please visit www.paynearme.com/locations.

(2) **AMOUNT:** Tell the Associate the amount to LOAD to your account. A $1.49 convenience fee applies.

(3) **PAY:** Pay up to total and keep receipt as proof of payment. Payments made before 11:50pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Instructions**

1. Enter Amount Customer Wants to Pay
2. Press LOAD Button
3. Scan Barcode
4. Collect Cash Payment and Provide Receipt



Associate Issue? 7-Eleven Support: 888-714-0004

Ä:62996490

*LOAD LIKE A GIFT CARD*



# glendale
### california

City of Glendale *Water & Power*
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
www.GlendaleWaterAndPower.com

## MUNICIPAL BILL

| | |
|---|---|
| NAME: | BRANDON JOE WILLIAMS |
| SERVICE ADDRESS: | |
| ACCOUNT NUMBER: | |
| BILL DATE: | 12/27/2023 |
| BILL PERIOD: | 10/26/2023 to 12/22/2023 |
| DUE DATE: | |

*pay upon on demand*

GWP1227A 2683 2 AV 0.498 7000010730 00 0017 0052 26893/2(2/4)

## ACCOUNT DETAILS

### METER READS

| Service | Meter No. | Rate | Prior | Current | Days | Multiplier | Usage |
|---|---|---|---|---|---|---|---|
| ELECTRIC | | L1A | 022521 | 022970 | 57 | 1 | 449 kWh |

### ELECTRIC SERVICE

| | | |
|---|---|---|
| Customer Charge | | 36.48 |
| Energy Charge | | 63.81 |
| Energy Cost Adjustment Charge | | 11.23 |
| Electric Regulatory Adjustment Charge | | 0.05 |
| Electric Revenue Decoupling Charge | | 7.14 |
| Public Benefits Charge | (3.6% of the Electric Total) | 4.27 |
| **Electric Total** | | **$122.98** |

### SERVICE BY OTHER CITY DEPARTMENTS

| | | |
|---|---|---|
| Hazardous Waste  (818) 548-4030 | | 1.05 |
| Sewer Operating Costs (818) 548-3950 | | 8.53 |
| **Service By Other City Departments Total** | | **$9.58** |

### TAXES

| | | |
|---|---|---|
| City Utility Users Tax | (7% of the electric and water totals) | 8.61 |
| State Electrical Energy Surcharge | ($0.0003 per kWh) | 0.13 |
| **Taxes Total** | | **$8.74** |

### MISC. ACCOUNT CHARGES

| | |
|---|---|
| Deposit | 200.00 |
| New Service Fee | 15.00 |
| **Misc. Account Charges Total** | **$215.00** |

### TOTAL CURRENT CHARGES

| | |
|---|---|
| **TOTAL CURRENT CHARGES** | **$356.30** |



Electric Usage    KWH

# DURABLE POWER OF ATTORNEY

## Notice to Person Executing Durable Power of Attorney

A durable power of attorney is an important legal document. By signing the durable power of attorney, you are authorizing another person to act for you, the principal. Before you sign this durable power of attorney, you should know these important facts:

Your agent (attorney-in-fact) has no duty to act unless you and your agent agree otherwise in writing. This document gives your agent the powers to manage, dispose of, sell, and convey your real and personal property, and to use your property as security if your agent borrows money on your behalf. This document explicitly DOES give your agent the power to accept or receive any of your property, in trust or otherwise, as a gift, without the need to specifically authorize the agent to accept or receive a gift. These actions are done in an effort to benefit all parties and to better administer the survival of both persons in an effort to expand the survival potential of both persons perpetually into the future. Principal has FULL and UTTER trust in the agent to operate entirely in absolutely EVERY area in all of existence without rules or regulations. Principal FULLY comprehends the tremendous risk and has read this entire document in extensive detail, taking care to clear up the definitions of any words and clarify all aspects of this document. This document is a contract, made under the willful and total cognizance, of total and absolute governance by Williams, Brandon-Joe/agent.

Your agent will have the right to receive reasonable payment for services provided under this durable power of attorney unless you provide otherwise in this power of attorney.

The powers you give your agent will continue to exist even beyond your entire lifetime, unless you state that the durable power of attorney will last for a shorter period of time or unless you otherwise terminate the durable power of attorney. The powers you give your agent in this durable power of attorney will continue to exist even if you can no longer make your own decisions respecting the management of your property.

You can amend or change this durable power of attorney only by executing a new durable power of attorney or by executing an amendment through the same formalities as an original. You have the right to revoke or terminate this durable power of attorney at any time, so long as you are competent.

This durable power of attorney must be dated and must be acknowledged before a notary public or signed by two witnesses. If it is signed by two witnesses, they must witness either (1) the signing of the power of attorney or (2) the principal's signing or acknowledgment of his or her signature. A durable power of attorney that may affect real property should be acknowledged before a notary public so that it may easily be recorded.

You should read this durable power of attorney carefully. When effective, this durable power of attorney will give your agent the right to deal with property that you now have or might acquire in the future. The durable power of attorney is important to you. If you do not understand the

durable power of attorney, or any provision of it, then you should obtain the assistance of an attorney or other qualified person.

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE UNIFORM STATUTORY FORM POWER OF ATTORNEY ACT (CALIFORNIA PROBATE CODE SECTIONS 4400-4465). IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES AUTHORIZE THE AGENT TO MAKE MEDICAL AND OTHER HEALTHCARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

I, BRANDON JOE WILLIAMS/principal, residing at PO Box 1962, Glendale, California 91209, hereby appoint Williams, Brandon-Joe/agent of PO Box 1962, Glendale, California 91209, as my attorney-in-fact ("Agent") to exercise the powers and discretions described below.

This Power of Attorney shall not be affected by my subsequent incapacity.

As per trademark serial number: 97335158, I hereby release all security and bond creation to Williams, Brandon-Joe/agent. This trademark, even if made void, canceled or changed, signifies that only Williams, Brandon-Joe/agent has the capacity to decide on my ability or decision to contract in absolutely any way in commerce.

I hereby revoke any and all general powers of attorney and special powers of attorney that previously have been signed by me.

My Agent shall have full power and authority to act on my behalf. This power and authority shall authorize my Agent to manage and conduct all of my affairs and to exercise all of my legal rights and powers, including all rights and powers that I may acquire in the future. My Agent's powers shall include, but not be limited to, the power to:

1. Open, maintain or close bank accounts (including, but not limited to, checking accounts, savings accounts, and certificates of deposit), brokerage accounts, retirement plan accounts, and other similar accounts with financial institutions.

   a. Conduct any business with any banking or financial institution with respect to any of my accounts, including, but not limited to, making deposits and withdrawals, negotiating or endorsing any checks or other instruments with respect to any such accounts, obtaining bank statements, passbooks, drafts, money orders, warrants, and certificates or vouchers payable to me by any person, firm, corporation or political entity.

   b. Add, delete or change beneficiaries to any financial accounts I own including insurance policies, annuities, retirement accounts, payable on death savings or checking accounts or other investments.

   c. Perform any act necessary to deposit, negotiate, sell or transfer any note, security, or draft of the United States of America, including U.S. Treasury Securities. This includes any non-US notes, securities, drafts, etc.

d. Have access to any safe deposit box that I might own, including its contents.

2. Provide for the support and protection of myself, my spouse, or of any minor child I have a duty to support or have established a pattern of prior support, including, without limitation, provision for food, lodging, housing, medical services, recreation and travel.

3. Sell, exchange, buy, invest, or reinvest any assets or property owned by me. Such assets or property may include income producing or non-income producing assets and property.

4. Take any and all legal steps necessary to collect any amount or debt owed to me, or to settle any claim, whether made against me or asserted on my behalf against any other person or entity.

5. Enter into binding contracts on my behalf.

6. Maintain and/or operate any business that I may own.

7. Employ professional and business assistance as may be appropriate, including attorneys, accountants, and real estate agents.

8. Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of my property (now owned or later acquired) including, but not limited to, real estate and real estate rights (including the right to remove tenants and to recover possession). This includes the right to sell or encumber any homestead that I now own or may own in the future.

9. Prepare, sign, and file documents with any governmental body or agency, including, but not limited to, authorization to:

a. Prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies.

b. Obtain information or documents from any government or its agencies, and represent me in all tax matters, including the authority to negotiate, compromise, or settle any matter with such government or agency.

c. Prepare applications, provide information, and perform any other act reasonably requested by any government or its agencies in connection with governmental benefits (including medical, military and social security benefits), and to appoint anyone, including my Agent, to act as my "Representative Payee" for the purpose of receiving Social Security benefits.

10. Make gifts from my assets to members of my family and to such other persons or charitable organizations with whom I have an established pattern of giving (or if it is appropriate to make such gifts for estate planning and/or tax purposes), to file state and

federal gift tax returns, and to file a tax election to split gifts with my spouse, if any. No Agent acting under this instrument, except as specifically authorized in this instrument, shall have the power or authority to (a) gift, appoint, assign or designate any of my assets, interests or rights, directly or indirectly, to such Agent, such Agent's estate, such Agent's creditors, or the creditors of such Agent's estate, (b) exercise any powers of appointment I may hold in favor of such Agent, such Agent's estate, such Agent's creditors, or the creditors of such Agent's estate, or (c) use any of my assets to discharge any of such Agent's legal obligations, including any obligations of support which such Agent may owe to others, *excluding* those whom I am legally obligated to support.

11. To transfer any of my assets to the trustee of any revocable trust created by me, if such trust is in existence at the time of such transfer.

12. To utilize my assets to fund a trust not created by me, but to which I have either established a pattern of funding, or to fund a trust created by my Agent for my benefit or the benefit of my dependents, heirs or devisees upon the advice of a financial adviser.

13. To create, sign, modify or revoke any trust agreements or other trust documents in an attempt to manage or create a trust that was created for my benefit or the benefit of my dependents, heirs or devisees. This shall include the creation, modification or revocation of any inter vivos, family living, irrevocable or revocable trusts.

14. To exercise fiduciary responsibilities that I have a right to delegate.

15. Subject to other provisions of this document, my Agent may disclaim any interest, which might otherwise be transferred or distributed to me from any other person, estate, trust, or other entity, as may be appropriate. However, my Agent may not disclaim assets to which I would be entitled, if the result is that the disclaimed assets pass directly or indirectly to me or my Agent or my Agent's estate. Provided that they are not the same person, my Agent may disclaim assets which pass to my Gift Agent, and my Gift Agent may disclaim assets which pass to my Agent.

16. Have access to my healthcare and medical records and statements regarding billing, insurance and payments.

17. Act on my behalf for the purposes of managing, distributing, and terminating my digital assets. For the purposes of this Power of Attorney, digital assets shall mean electronic assets that are stored on my computers, electronic devices, or on any online account, as identified in the Digital Assets Memorandum of this Power of Attorney. Online accounts include, but are not limited to, social-networking sites, online backup services, servers, email accounts, photo and document sharing sites, financial and business accounts, domain names, virtual property, websites, and blogs. The Digital Assets Memorandum, with associated websites, usernames, passwords, and related information, is hereby incorporated by reference into this Power of Attorney and shall be distributed to my Agent designated in this Power of Attorney. My Agent shall have the power and authority to manage, conduct, and to exercise all of my legal rights and powers relating to my digital assets, including all rights and

powers that I may acquire in the future. My Agent's powers shall include, but not be limited to, the power to access, download, and backup digital assets, convert my file formats, access any and all devices necessary to manage digital assets, and clear computer caches and delete files.

This Power of Attorney shall be construed broadly as a General Power of Attorney. The listing of specific powers is not intended to limit or restrict the general powers granted in this Power of Attorney in any manner.

Any power or authority granted to my Agent under this document shall be limited to the extent necessary to prevent this Power of Attorney from causing, (i) my income to be taxable to my Agent, (ii) my assets to be subject to a general power of appointment by my Agent, or (iii) my Agent to have any incidents of ownership with respect to any life insurance policies that I may own on the life of my Agent.

My Agent shall not be liable for any loss that results from a judgment error that was made in good faith. However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney. A Successor Agent shall not be liable for acts of a prior Agent.

No person who relies in good faith on the authority of my Agent under this instrument shall incur any liability to me, my estate or my personal representative. I authorize my Agent to indemnify and hold harmless any third party who accepts and acts under this document.

If any part of any provision of this instrument shall be invalid or unenforceable under applicable law, such part shall be ineffective to the extent of such invalidity only, without in any way affecting the remaining parts of such provision or the remaining provisions of this instrument.

My Agent shall be entitled to reasonable compensation for any services provided as my Agent. My Agent shall be entitled to reimbursement of all reasonable expenses incurred as a result of carrying out any provision of this Power of Attorney.

My Agent shall provide an accounting for all funds handled and all acts performed as my Agent as required under state law or upon my request or the request of any authorized personal representative, fiduciary or court of record acting on my behalf.

This Power of Attorney shall become effective immediately, and shall not be affected by my disability or lack of mental competence, except as may be provided otherwise by an applicable state statute. This is a Durable Power of Attorney. This Power of Attorney shall continue effective until December 12, 2099. This Power of Attorney may be revoked by me at any time by providing written notice to my Agent.

It is acknowledged that the principal operates and exists WITHIN the United States at all times while the agent operates WITHOUT the United States at all times pursuant to 28 USC 1746.

**[SIGNATURE PAGE FOLLOWS]**

Dated April 28th , 2023, at Glendale, California.

BRANDON JOE WILLIAMS/principal

BRANDON JOE WILLIAMS/principal

Witness Signature: _____
        Name: _____
        City: _____
        State: _____

Witness Signature: _____
        Name: _____
        City: _____
        State: _____

A notary public or other officer completing this certificate verifies only the identity of the
individual who signed the document to which this certificate is attached, and not the truthfulness,
accuracy, or validity of that document.

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES

On _4 - 28 - 2023_ before me, _Andrea SoLDo notarypublic_ , personally
appeared BRANDON JOE WILLIAMS, who proved to me on the basis of satisfactory evidence
to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged
to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Andrea Soldo_ _____ (Notary Seal)
Signature of Notary Public

ANDREA SOLDO
Notary Public - California
Ventura County
Commission # 2409183
My Comm. Expires Jun 26, 2026

This document was prepared by:
Williams, Brandon-Joe/agent

**Notice to Person Accepting the Appointment as Attorney-in-Fact:**

By acting or agreeing to act as the agent (attorney-in-fact) under this power of attorney you assume the fiduciary and other legal responsibilities of an agent. These responsibilities include:

1. The legal duty to act solely in the interest of the principal and to avoid conflicts of interest.

2. The legal duty to keep the principal's property separate and distinct from any other property owned or controlled by you.

You MAY transfer the principal's property to yourself without the need for full and adequate consideration and you may accept a gift of the principal's property. The only provision would be that the transferring of such property would need to be beneficial to the principal and agent.

I have read the foregoing notice and I understand the legal and fiduciary duties that I assume by acting or agreeing to act as the agent (attorney-in-fact) under the terms of this power of attorney.

Agent attests this document to be signed on his behalf on:
Republic of California State (unincorporated),
Los Angeles County (unincorporated)

Date: 4-28-2023

Signed:

Williams, Brandon-Joe/agent



 

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.