**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT of CALIFORNIA**
**WESTERN DIVISION (LOS ANGELES)**

CIVIL ACTION NO. 2:24-cv-07039-HDV-PD



| | |
|---|---|
| BRANDON JOE WILLIAMS®,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF GLENDALE AKA GLENDALE WATER & POWER<br><br>*Defendant.* | |

## NOTICE OF SERVICE OF PROCESS

Pursuant to Rule 4(h) of the Federal Rules of Civil Procedure, Plaintiff BRANDON JOE WILLIAMS® hereby files this Notice of Service of Process and in support thereof states as follows:

1. Service of Process:

    On August 27, 2024, at approximately 11:09 AM, process server Tianna Jones, a registered California process server (Registration No. 2024053408, Los Angeles County), served the Summons and Complaint, along with the Notice of Case Assignment and the Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, upon Defendant CITY OF GLENDALE aka GLENDALE WATER & POWER.

2. Manner of Service:

    Service was executed by personally delivering the documents to Mark Young, the General Manager of Glendale Water & Power, at the business address of 141 N. Glendale Ave, Glendale, CA 91206. Mark Young is authorized to receive service of process on behalf of the Defendant entity.

3. Exhibit A:

    Attached hereto and incorporated by reference as Exhibit A is the Declaration of the Process Server, Tianna Jones, which provides further details regarding the service of process.

4. Compliance with Rule 4(h):

    The service of process was conducted in accordance with Fed. R. Civ. P. 4(h), governing service upon a corporation, partnership, or association within the United States.

Plaintiff respectfully requests that this Honorable Court take notice of the proper service effected upon the Defendant as outlined above.

Dated: August 30th, 2024                    RESPECTFULLY SUBMITTED,

                                            BRANDON JOE WILLIAMS®

                                            BY: /s/ *Brandon Joe Williams*
                                            Brandon Joe Williams, agent, PRO SE
                                            P.O. Box 1962
                                            Glendale, California 91209
                                            Brandon@williamsandwilliamslawfirm.com
                                            (747) 273-0799

## CERTIFICATE OF SERVICE

I hereby certify that on August 30th, 2024, a copy of the foregoing was filed with the Clerk of this Court as is required by Pro Se litigants via USPS. The mailing address is as follows: United States District Court – Central District of California, c/o Court Clerk, 350 West 1st Street, Suite 4311, Los Angeles, California 90012-4565. A courtesy copy was also mailed to Michael J. Garcia, City Attorney for the City of Glendale, at 613 E. Broadway, Glendale, CA 91206. Further, an email copy of the same was sent to Michael J. Garcia at mjgarcia@glendaleca.gov.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**Williams and WILLIAMS Law Group**<br>**PO Box 1962**<br>**Glendale, CA 91209**<br>TELEPHONE NO.: **747-273-0799**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **BRANDON JOE WILLIAMS** | **FOR COURT USE ONLY** |
|---|---|
| **United States District Court, Central District of California**<br>STREET ADDRESS: 350 W 1st Street Suite 4311<br>MAILING ADDRESS: 350 W 1st Street Suite 4311<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: First Street Federal Courthouse | |
| PLAINTIFF/PETITIONER: **BRANDON JOE WILLIAMS** | CASE NUMBER:<br>**2:24-cv-07039-HDV-PD** |
| DEFENDANT/RESPONDENT: **CITY OF GLENDALE AKA GLENDALE WATER & POWER** | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**2:24-cv-07039** |

BY FAX

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **Notice of Case Assignment; Complaint; Summons; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge**

3. a. Party served *(specify name of party as shown on documents served)*:
   **CITY OF GLENDALE AKA GLENDALE WATER & POWER**

   b. [X]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **MARK YOUNG, General Manager**

4. Address where the party was served:
   **Glendale Water & Power. 141 N. Glendale Ave, Glendale, CA 91206**

5. I served the party *(check proper box)*
   a. [X]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **08/27/2024** at *(time)*: **11:09 AM**

   b. [ ]  **by substituted service.** On *(date)*:         at *(time)*:         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ]  I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:         from *(city)*:         or [ ] a declaration of mailing is attached.

   (5) [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California POS-
010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
Tracking #: 0141478544

REF: **2:24-cv-07039**

| PLAINTIFF/PETITIONER: BRANDON JOE WILLIAMS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CITY OF GLENDALE AKA GLENDALE WATER & POWER | 2:24-cv-07039-HDV-PD |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                        (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)* **CITY OF GLENDALE AKA GLENDALE WATER & POWER c/o MARK YOUNG, General**
      under the following Code of Civil Procedure section:
      - ☒ 416.10 (corporation)
      - ☐ 416.20 (defunct corporation)
      - ☐ 416.30 (joint stock company/association)
      - ☐ 416.40 (association or partnership)
      - ☐ 416.50 (public entity)
      - ☐ 415.95 (business organization, form unknown)
      - ☐ 416.60 (minor)
      - ☐ 416.70 (ward or conservatee)
      - ☐ 416.90 (authorized person)
      - ☐ 415.46 (occupant)
      - ☐ other:

7. **Person who served papers**
   a. Name: **Tianna Jones**
   b. Address: **1755 Kenneth Way, Pasadena, CA 91103**
   c. Telephone number: **323-376-1962**
   d. The fee for service was: **$ 75.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner ☐ employee ☒ independent contractor. For: **ABC Legal Services, LLC**
         (ii) ☒ Registration No.: **2024053408**    Registration #: **6779**
         (iii) ☒ County: **Los Angeles County Clerk**    County: **Los Angeles**

BY FAX

POS-010 [Rev. January 1, 2007]

REF: **2:24-cv-07039**

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 3

Tracking #: **0141478544**

8. [X]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ]  **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 08/27/2024

**Tianna Jones**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_(signature)_
(SIGNATURE)


