LINK 9

cc: Atty Admission's Office

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Brandon Joe Williams | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:24-cv-07039-HDV-PD |
| v. | |
| City of Glendale | ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by BRANDON JOE WILLIAMS is hereby:

☑ GRANTED

   Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: September 13, 2024

_____
United States District/Magistrate Judge

☐ DENIED

Comments:

Dated: _____

_____
United States District/Magistrate Judge

CV-05 Order (12/15)    ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING