MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, CHIEF ASSISTANT CITY ATTORNEY, SBN: 179649
CARL ARIAS, PRINCIPAL ASSISTANT CITY ATTORNEY, SBN:
613 E. Broadway, Suite 220
Glendale, CA 91206
Telephone: (818) 548-2080
Facsimile: (818) 547-3402
Email: amaurer@glendaleca.gov; carias@glendaleca.gov

Attorneys for Defendant
CITY OF GLENDALE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF GLENDALE AKA GLENDALE WATER & POWER,<br><br>　　　　　　Defendant. | Case No.: 2:24-cv-07039-HDV-PD<br><br>**DEFENDANT CITY OF GLENDALE'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>[Filed Concurrently with (Proposed) Order]<br><br>**Date:　　　October 17, 2024**<br>**Time:　　　10:00 a.m.**<br>**Courtroom: 5B** |

TO PLAINTIFF IN PRO SE:

　　PLEASE TAKE NOTICE that on October 17, 2024 at 10:00 a.m. in Courtroom 5B of the above-entitled court located at 350 W. 1st Street, Los Angeles, CA. 90012, Defendant, City of Glendale ("Defendant"), will and hereby does move this Court, to dismiss the complaint for lack of subject matter jurisdiction under Federal Rules of Civil Procedure, Rule 12(b)(1), or alternatively for a more definite statement.

///

///

///

1  This Motion will be based upon this Notice, the attached Memorandum of Points
2  and Authorities, the papers and pleadings on file in this matter, and on such further oral or
3  written argument as the Court may consider at the hearing on this matter.
4
5  DATED:  September 17, 2024         MICHAEL J. GARCIA, CITY ATTORNEY
6
7                                            By: _____
8                                                    ANN M. MAURER
                                                     Attorneys for Defendant

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. STATEMENT OF FACTS

Plaintiff Brandon Joe Williams filed a complaint against City of Glendale, aka Glendale Water & Power alleging claims for Breach of Contract and Breach of Fiduciary Duties. The contract is apparently a bill or account statement from Glendale Water and Power which plaintiff attached to the complaint as Exhibit A.

From Exhibit A it appears that plaintiff was a Glendale Water and Power customer in December of 2023 and he received a bill for $356.30. Beyond that, the complaint is indecipherable.

As explained below, this court does not have subject matter jurisdiction over this matter. Even if the court had jurisdiction, plaintiff must provide a more definite statement because defendant cannot determine what the basis is for his claims.

## II. THERE IS NO EVIDENCE OF SUBJECT MATTER JURISDICTION ON THE FACE OF THE COMPLAINT

Plaintiff alleges that this court has jurisdiction over this matter under 28 U.S.C. section 1331. That section provides that district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. Federal courts are courts of limited jurisdiction. They have neither inherent nor general subject matter jurisdiction. They can adjudicate only those cases that the Constitution and Congress authorize them to adjudicate: those involving diversity of citizenship or federal question. (See *Kokkonen v. Guardian Life Ins. Co*. (1994) 511 U.S. 375, 377, 114 S.Ct. 1673, 1675.) It is presumed a case lies outside this limited jurisdiction and the burden of establishing otherwise rests on the party seeking to assert jurisdiction. (*Id.*)

Here, the complaint together with the documents attached to the complaint fail to establish grounds for federal subject matter jurisdiction as required by Rule 8(a)(1). Plaintiff has alleged two state law claims for breach of contract and breach of fiduciary duties. He repeatedly cites to the UCC, but cites no clai,s arising under the Constitution, laws or treaties of the United States. The lack of subject matter jurisdiction appears from

the face of the Complaint and warrants dismissal under Federal Rules of Civil Procedure section 12(b)(1). (See, *Warrant v. Fox Family Worldwide, Inc.,* 328 F.3d 1136, 1139 (9th Cir. 2003).)

### III. IF THE COURT FINDS JURISDICTION EXISTS, PLAINTIFF SHOULD BE ORDERED TO PROVIDE A MORE DEFINITE STATEMENT

A motion for a more definite statement under Federal Rules of Civil Procedure Rule 12(e) is proper where the Complaint is so vague and ambiguous that defendant cannot be reasonably required to frame a responsive pleading.

As set forth above, that is the situation here. Other than inferring that plaintiff is complaining about some action relating to his water and power bill, defendant has absolutely no idea what the factual basis of his claims are or what relief he is seeking. As such, assuming the Court concludes there is subject matter jurisdiction, defendant requests plaintiff be ordered to provide a more definite statement.

### IV. REQUESTED RELIEF

Defendant respectfully requests that the Court grant the motion and dismiss the Complaint for lack of subject matter jurisdiction, or alternatively order plaintiff to provide a more definite statement.

DATED: September 17, 2024         MICHAEL J. GARCIA, CITY ATTORNEY

By: *[signature: Ann Maurer]*
ANN M. MAURER
Attorneys for Defendant

- 4 -

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: <br> **Williams and WILLIAMS Law Group** <br> **PO Box 1962** <br> **Glendale, CA 91209** <br> TELEPHONE NO.: **747-273-0799**    FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: **BRANDON JOE WILLIAMS** | *FOR COURT USE ONLY* |
|---|---|
| **United States District Court, Central District of California** <br> STREET ADDRESS: **350 W 1st Street Suite 4311** <br> MAILING ADDRESS: **350 W 1st Street Suite 4311** <br> CITY AND ZIP CODE: **Los Angeles 90012** <br> BRANCH NAME: **First Street Federal Courthouse** | |
| PLAINTIFF/PETITIONER: **BRANDON JOE WILLIAMS** <br> DEFENDANT/RESPONDENT: **CITY OF GLENDALE AKA GLENDALE WATER & POWER** | CASE NUMBER: <br> **2:24-cv-07039-HDV-PD** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> **2:24-cv-07039** |

BY FAX

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **Notice of Case Assignment; Complaint; Summons; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge**

3. a. Party served *(specify name of party as shown on documents served)*:
      **CITY OF GLENDALE AKA GLENDALE WATER & POWER**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
      **MARK YOUNG, General Manager**

4. Address where the party was served:
   **Glendale Water & Power. 141 N. Glendale Ave, Glendale, CA 91206**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **08/27/2024** at *(time)*: **11:09 AM**

   b. [ ] **by substituted service.** On *(date)*:            at *(time)*:            I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:            from *(city)*:                    or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 3 <br>
Form Adopted for Mandatory Use <br>
Judicial Council of California POS-010 [Rev. January 1, 2007] <br>
**PROOF OF SERVICE OF SUMMONS** <br>
Code of Civil Procedure. § 417.10 <br>
Tracking #: **0141478544** <br>
REF: **2:24-cv-07039**

EXHIBIT A <br>
5

| PLAINTIFF/PETITIONER: BRANDON JOE WILLIAMS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CITY OF GLENDALE AKA GLENDALE WATER & POWER | 2:24-cv-07039-HDV-PD |

   c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*       (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.

   b. ☐ as the person sued under the fictitious name of *(specify):*

   c. ☐ as occupant.

   d. ☒ On behalf of *(specify)* **CITY OF GLENDALE AKA GLENDALE WATER & POWER c/o MARK YOUNG, General**

      under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

   a. Name:    **Tianna Jones**
   b. Address:    **1755 Kenneth Way, Pasadena, CA 91103**
   c. Telephone number:    **323-376-1962**
   d. The fee for service was:    **$ 75.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner ☐ employee ☒ independent contractor.   For:  **ABC Legal Services, LLC**
         (ii) ☒ Registration No.: **2024053408**   Registration #: **6779**
         (iii) ☒ County: **Los Angeles County Clerk**   County: **Los Angeles**

BY FAX

Page 2 of 3

POS-010 [Rev. January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**        Tracking #: **0141478544**


REF: **2:24-cv-07039**



EXHIBIT A

6

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 08/27/2024

**Tianna Jones**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_(signature)_
(SIGNATURE)

Page 3 of 3

 REF: **2:24-cv-07039**

PROOF OF SERVICE OF SUMMONS

Tracking #: **0141478544**


EXHIBIT A
7