# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Brandon Joe Williams

PLAINTIFF(S)

v.

City of Glendale

DEFENDANT(S).

CASE NUMBER:

2:24-cv-07039-HDV-PD

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 9/17/2024 | 11 | Motion to Dismiss |
| | | |

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other: . The document is stricken. Plaintiff's Motion to Dismiss [Dkt. No. 11] is stricken for failure to comply with Local Rule 7-3. The parties must meet and confer regarding the issues raised in the motion before an amended motion may be filed.

Dated: 9/18/2024

By: _____
U.S. District Judge / U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)  ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)