BRANDON JOE WILLIAMS®
P.O. Box 1962
Glendale, California 91209
747-273-0799
Brandon Joe Williams, Attorney-in-fact
Brandon@williamsandwilliamslawfirm.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT of CALIFORNIA**
**WESTERN DIVISION (LOS ANGELES)**

CIVIL ACTION NO. **2:24-cv-07039-HDV-PD**

| | |
|---|---|
| BRANDON JOE WILLIAMS®, *Plaintiff*, v. CITY OF GLENDALE AKA GLENDALE WATER & POWER *Defendant*. | **Honorable Judge Hernan D. Vera** **Magistrate Judge Patricia Donahue** **NOTICE TO THE CLERK OF THE COURT FOR CORRECTION OF THE RECORD** |

TO THE CLERK OF THIS HONORABLE COURT:

Plaintiff, BRANDON JOE WILLIAMS®, by and through Brandon Joe Williams, Attorney-in-fact, submits this ***Notice for Correction of the Record*** in the above-captioned matter and respectfully requests that the Clerk of the Court correct the record regarding the **Order to Strike Electronically Filed Document(s)** entered on **September 18, 2024** (Dkt. No. 13).

In support of this request, Plaintiff states as follows:

1. On September 18, 2024, the Court issued an **Order to Strike Electronically Filed Document(s)** (Dkt. No. 13), which mistakenly states that "Plaintiff's Motion to Dismiss [Dkt. No. 11] is stricken for failure to comply with Local Rule 7-3"

2. The correct party whose **Motion to Dismiss** (Dkt. No. 11) was stricken is the **Defendant, City of Glendale**, as indicated by the context of the motion and related filings.

3. Plaintiff respectfully requests that the record be corrected to reflect that it was the **Defendant's Motion to Dismiss** (Dkt. No. 11) that was stricken, in accordance with the Court's instructions and Local Rules.

A corrected Order would ensure clarity in the case record and prevent any confusion moving forward.

Respectfully Submitted,

BRANDON JOE WILLIAMS®

BY: /s/ *Brandon Joe Williams*
Brandon Joe Williams, Attorney-in-fact
P.O. Box 1962
Glendale, California 91209
Brandon@williamsandwilliamslawfirm.com
(747) 273-0799

## CERTIFICATE OF SERVICE

I hereby certify that on September 19th, 2024, a copy of the foregoing was filed with the Clerk of this Court by ECF.