# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF GLENDALE AKA GLENDALE WATER & POWER,<br><br>　　　　　Defendant. | Case No.: 2:24-cv-07039-HDV-PD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITY OF GLENDALE'S MOTION TO DISMISS**<br><br>[Filed Concurrently with Motion to Dismiss]<br><br>**Date:　　October 17, 2024**<br>**Time:　　10:00 a.m.**<br>**Courtroom: 5B** |

　　Defendant City of Glendale's Motion to Dismiss came on for hearing on October 17, 2024, before the Honorable Hernán D. Vera.

　　After full consideration of the papers submitted and argument presented, Defendant's Motion to Dismiss is granted and this action is dismissed with prejudice.

DATED: _____, 2024

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　The Honorable Hernán D. Vera