BRANDON JOE WILLIAMS®
P.O. Box 1962
Glendale, California 91209
747-273-0799
Brandon Joe Williams, Attorney-in-fact
Brandon@williamsandwilliamslawfirm.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT of CALIFORNIA
## WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO. **2:24-cv-07039-HDV-PD**

| | |
|---|---|
| BRANDON JOE WILLIAMS®, *Plaintiff,* v. CITY OF GLENDALE AKA GLENDALE WATER & POWER *Defendant.* | **Honorable Judge Hernan D. Vera** **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT CITY OF GLENDALE'S MOTION TO DISMISS** Date: October 17, 2024 Time: 10:00 a.m. Courtroom: 5B |

TO DEFENDANT CITY OF GLENDALE AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **October 17, 2024**, at **10:00 a.m.** or as soon thereafter as the matter may be heard in Courtroom 5B of the above-entitled court, located at 350 W. 1st Street, Los Angeles, CA 90012, Plaintiff **Brandon Joe Williams**, appearing **pro se**, will and hereby does move the Court for an order to **strike Defendant City of Glendale's filings** pursuant to **Federal Rules of Civil Procedure 12(b)(1), 12(f), and 5(a)(1)(E)** on the following grounds:

1. **Failure to Comply with Federal Rule of Civil Procedure 5(a)(1)(E) - Written Notice of Appearance**:

Under **Federal Rule of Civil Procedure 5(a)(1)(E)**, a written notice of **appearance** must be served on every party. This rule specifically requires that a written notice, appearance, or similar paper must be served on all parties. To date, the **docket** reflects that the Plaintiff has **not been served** with any written **notice of appearance** by the Defendant. This failure constitutes a violation of **Rule 5(a)** and undermines the proper procedural process.

2. **Failure to Comply with Local Rule 7-3**:

   Defendant failed to comply with **Local Rule 7-3**, which mandates that the parties meet and confer **at least seven (7) days** prior to filing a motion. The Defendant's first **Motion to Dismiss (Docket #11)**, filed on **September 17, 2024**, was **stricken** by the Court on **September 18, 2024 (Docket #13)** for failure to comply with Local Rule 7-3.

Despite the Court's ruling, Defendant again filed a **new Motion to Dismiss** on **September 19, 2024 (Docket #16)**, still without adhering to the **7-day meet and confer** requirement. Since the earliest possible filing date based on the rule would be **September 26, 2024**, Defendant's motion is once again non-compliant and procedurally improper.

3. **Failure to Comply with Local Rule 11-3.8 (Title Page)**:

   Defendant's previous filings also failed to comply with **L.R. 11-3.8**, which requires the **name, California bar number, office address, telephone number, and email address** of counsel to be listed on the **title page** of the document. Defendant's latest Motion to Dismiss failed to include the required California bar number, violating the rule and further contributing to the procedural deficiencies.

In light of these repeated violations of **Federal Rule of Civil Procedure 5(a)(1)(E)**, **Local Rules 7-3**, and **11-3.8**, Plaintiff respectfully requests that the Court strike Defendant's filings.

This Motion is based on this **Notice of Motion**, the attached **Memorandum of Points and Authorities**, the pleadings on file, and any such further evidence or argument that may be presented at the hearing on this matter.

BRANDON JOE WILLIAMS®

BY: /s/ *Brandon Joe Williams*
Brandon Joe Williams, PRO SE
P.O. Box 1962
Glendale, California 91209
Brandon@williamsandwilliamslawfirm.com
(747) 273-0799

## MEMORANDUM OF POINTS AND AUTHORITIES

**I. INTRODUCTION**

Plaintiff Brandon Joe Williams respectfully moves this Court to strike the filings made by Defendant City of Glendale based on the Defendant's failure to comply with Federal Rules of Civil Procedure 5(a)(1)(E), 12(b)(1), and 12(f), as well as Local Rules 7-3 and 11-3.8. These procedural defects have persisted despite prior court orders, and thus Plaintiff seeks relief in the form of striking Defendant's motions and related filings.

**II. STATEMENT OF FACTS**

Plaintiff filed the complaint on August 16, 2024, and the Defendant filed its first Motion to Dismiss on September 17, 2024. This motion was stricken by the Court on September 18, 2024 (Docket #13) for failure to comply with Local Rule 7-3, which mandates a meet and confer prior to filing. However, the Defendant filed a second Motion to Dismiss on September 19, 2024 (Docket #16), still failing to observe the 7-day meet and confer requirement. The earliest

permissible filing date based on Local Rule 7-3 would be September 26, 2024, making Defendant's filing non-compliant.

Additionally, the Defendant has not complied with Federal Rule of Civil Procedure 5(a)(1)(E), which requires that a written notice of appearance be served on every party. As of this filing, the docket shows that the Plaintiff has not been served any such written notice of appearance.

**III. DEFENDANT FAILED TO COMPLY WITH FEDERAL RULE 5(a)(1)(E) – WRITTEN NOTICE OF APPEARANCE**

Under Federal Rule of Civil Procedure 5(a)(1)(E), a written notice of **appearance** must be served on all parties in a case. This rule mandates that any written appearance or similar papers must be served on the opposing party. The docket reveals that the Defendant has not served Plaintiff with any such notice. This failure to serve the required appearance is a direct violation of Rule 5(a)(1)(E) and undermines the integrity of the judicial process. This procedural failure provides clear grounds for striking Defendant's filings under Rule 12(f).

**IV. DEFENDANT FAILED TO COMPLY WITH LOCAL RULE 7-3**

Local Rule 7-3 requires parties to meet and confer at least seven (7) days prior to filing any motion. Defendant's first motion was stricken for failure to comply with this rule. Despite the Court's explicit order, Defendant filed another motion on September 19, 2024, without adhering to the rule. Since the meet and confer must occur no later than seven (7) days prior to filing, Defendant's motion is premature and violates the rule. Therefore, it should be stricken again under Rule 12(f).

**V. DEFENDANT FAILED TO COMPLY WITH LOCAL RULE 11-3.8**

Defendant's latest motion also failed to comply with Local Rule 11-3.8, which requires the attorney's name, **California bar number**, office address, telephone number, and email address to appear on the title page of the motion. The omission of the California bar number on the title page is another clear violation of the Local Rules, further supporting the striking of Defendant's filings.

## VI. RELIEF REQUESTED

For the reasons stated above, Plaintiff respectfully requests that this Court:

1. Strike Defendant's Motion to Dismiss (Docket #16) and any related filings for repeated failure to comply with Federal Rule of Civil Procedure 5(a)(1)(E), Local Rule 7-3, and L.R. 11-3.8.

2. Grant any further relief that the Court deems just and proper.

## VII. CONCLUSION

Defendant's failure to comply with Federal Rule 5(a)(1)(E), Local Rule 7-3, and Local Rule 11-3.8, as well as the Court's previous order to strike, warrants further action. Plaintiff respectfully requests that this Court strike Defendant's filings and provide any appropriate relief.

Dated: September 20th, 2024					RESPECTFULLY SUBMITTED,

								BRANDON JOE WILLIAMS®

								BY: /s/ *Brandon Joe Williams*
								Brandon Joe Williams, PRO SE
								P.O. Box 1962
								Glendale, California 91209
								Brandon@williamsandwilliamslawfirm.com
								(747) 273-0799

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 20th, 2024, a copy of the foregoing was filed with the Clerk of this Court by ECF.  An email copy of the same was sent to Michael J. Garcia at mjgarcia@glendaleca.gov.

*Distribution:*

Michael J. Garcia, City Attorney
613 E. Broadway, Suite 220
Glendale, CA 91206
(818) 548-2080
mjgarcia@glendaleca.gov