UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA
WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO. **2:24-cv-07039-HDV-PD**

| | |
|---|---|
| BRANDON JOE WILLIAMS®,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF GLENDALE AKA GLENDALE WATER & POWER<br>*Defendant*. | **Honorable Judge Hernan D. Vera**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS**<br><br>Date: October 17, 2024<br>Time: 10:00 a.m.<br>Courtroom: 5B |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

The Court, having considered **Plaintiff's Motion to Strike** Defendant's filings pursuant to **Federal Rules of Civil Procedure 12(b)(1), 12(f), and 5(a)(1)(E)**, and having reviewed all supporting papers and oral arguments presented by the parties, hereby finds the following:

**FINDINGS:**

1. **Failure to Serve Written Notice of Appearance (Violation of Rule 5(a)(1)(E))**:

   Under **Federal Rule of Civil Procedure 5(a)(1)(E)**, a **written notice of appearance** is required to be served on all parties. The Court finds that Defendant has failed to serve Plaintiff with the required notice of appearance, as reflected by the docket. This failure violates **Rule 5(a)(1)(E)** and undermines the proper procedure for party appearances before the Court.

2. **Failure to Comply with Local Rule 7-3**:

   The Court previously **struck Defendant's first Motion to Dismiss** on **September 18, 2024 (Docket #13)** for failure to comply with **Local Rule 7-3**, which requires the parties to meet and confer at least **seven (7) days prior** to filing a motion. Despite this ruling, Defendant filed a **new Motion to Dismiss** on **September 19, 2024 (Docket #16)**, again failing to comply with the **7-day meet and confer** requirement. The earliest permissible date to file the motion based on the rule would have been **September 26, 2024**, and thus the new motion was improperly filed.

3. **Failure to Comply with Local Rule 11-3.8 (Title Page)**:

   Defendant's previous filing also violated **Local Rule 11-3.8**, which mandates that the attorney's **name, California bar number, office address, telephone number, and email address** must be included on the **title page** of every filing. Defendant's earlier filings did not include the required **California bar number**, further violating the local rules of this court.

**ORDER:**

**IT IS HEREBY ORDERED** that:

1. Plaintiff's **Motion to Strike** is **GRANTED**.

2. Defendant's **Motion to Dismiss (Docket #16)** and any related filings are hereby **STRICKEN** from the record for failure to comply with **Federal Rule of Civil Procedure 5(a)(1)(E)**, **Local Rule 7-3**, and **L.R. 11-3.8**.

3. Defendant is ordered to:

   - Serve Plaintiff with the required **written notice of appearance** as mandated by **Rule 5(a)(1)(E)**;

- o Comply with **Local Rule 7-3** and conduct a **meet and confer** with Plaintiff at least **seven (7) days** prior to refiling any motion;
- o Ensure that all future filings adhere to **Local Rule 11-3.8**, by properly including the attorney's **California bar number**, name, office address, telephone number, and email address on the **title page**.

**IT IS SO ORDERED.**

DATED: _____    BY: _____
                                                     Honorable Hernan D. Vera
                                                     United States District Judge