MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, CHIEF ASSISTANT CITY ATTORNEY, SBN: 179649
CARL ARIAS, PRINCIPAL ASSISTANT CITY ATTORNEY, SBN: 205068
613 E. Broadway, Suite 220
Glendale, CA 91206
Telephone: (818) 548-2080
Facsimile: (818) 547-3402
Email: carias@glendaleca.gov

Attorneys for Defendant
CITY OF GLENDALE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY OF GLENDALE AKA GLENDALE WATER & POWER,<br><br>             Defendant. | Case No.: 2:24-cv-07039-HDV-PD<br><br>**DEFENDANT CITY OF GLENDALE'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**<br><br>**Date:      November 14, 2024**<br>**Time:      10:00 a.m.**<br>**Courtroom:  5B** |

   Plaintiff's Opposition does not change the fact that the complaint fails to allege claims for Breach of Contract or Breach of Fiduciary Duty. The complaint in fact fails to allege the elements for any type of claim for relief.

   The complaint and the documents attached to it fail to establish grounds for federal subject matter jurisdiction as required by Rule 8(a)(1).

/ / /

1 | Therefore, Defendant respectfully requests the Court dismiss the complaint for lack of subject matter jurisdiction, or alternatively order Plaintiff to provide a more definite statement.

DATED: October 31, 2024          MICHAEL J. GARCIA, CITY ATTORNEY

By: *Carl Arias*

CARL B. ARIAS
Attorneys for Defendant